

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 25, 2021**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| TONI MICHAELE MCFARLAND | § | Case No. 21-42388-13 |
| Debtor(s) | § | Chapter 13 |

### ORDER GRANTING MOTION TO VACATE DISMISSAL
### AND REINSTATE CHAPTER 13 CASE

ON THIS DAY, Debtor's Motion to Vacate Order of Dismissal came before the Court for consideration. Having considered the merits of the Motion, the pleadings and evidence of the parties, if any, the Court finds that for good cause and in the interest of justice the Debtor's Motion to Vacate Dismissal Order should be GRANTED.

IT IS, THEREFORE, ORDERED that the Order dismissing Debtor's case be, and hereby is, set aside and held for naught and that this Chapter 13 case, 21-42388-13, is thereby REINSTATED as an active bankruptcy proceeding.

###END ORDER###